## NATIONAL LABOR RELATIONS BOARD v. R. C. HOILES et al.

No. 2119.

Circuit Court of Appeals, Tenth Circuit.

Aug. 5, 1940.

Robert B. Watts, of Washington, D. C., Acting Gen. Counsel, National Labor Relations Board, for petitioner.

Otto Smith, of Clovis, N. M., for respondent.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Petition for enforcement dismissed, on motion of petitioner and pursuant to stipulation.

---

## In the Matter of The PENFIELD DISTILLING COMPANY, Debtor.

## Jacob GOLDMAN, Harry H. Goldman, Appellants, v. SECURITIES AND EXCHANGE COMMISSION, Appellee.

No. 8476.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1940.

Julian C. Ryer, of Chicago, Ill., for appellants.

Louis S. Peirce, James L. Gramlich, and C. J. Odenweller, Jr., all of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the Court that there is no reversible error upon the record, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

---

## Ben PRESTON v. KAW PIPE LINE COMPANY et al.

No. 2022.

Circuit Court of Appeals, Tenth Circuit.

June 28, 1940.

W. N. Stokes, of Oklahoma City, Okl., and O. B. Martin, of Blackwell, Okl., for appellant.

George Stallwitz and A. W. Hershberger, both of Wichita, Kan., for appellees.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at costs of appellant, for the reason that the order appealed from is not a final appealable order.

---

## Nat ROGAN, Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. MODE O'DAY CORPORATION, a Corporation, Appellee.

No. 9611.

Circuit Court of Appeals, Ninth Circuit.

Aug. 26, 1940.

Wm. Fleet Palmer, U. S. Atty., E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Calif., for appellant.

Miller, Chevalier, Peeler & Wilson, by Melvin D. Wilson, of Los Angeles, Calif., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein, D.C., 32 F.Supp. 571, dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.